Gerald D. Lane Jr., CA # 352470
E-mail: gerald@jibraellaw.com
The Law Offices of Jibrael S. Hindi
1515 NE 26th Street
Wilton Manors, FL 33305
Phone: (754) 444-7539

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MANUEL Q. JUAREZ,** *individually and on behalf of all those similarly situated,*<br><br>Plaintiff,<br><br>vs.<br><br>**THE GOLF WAREHOUSE LLC,**<br><br>Defendant. | **Case No.:** 2:26-cv-03947-SB-RAO<br><br>**Hon. Stanley Blumenfeld, Jr.**<br><br>**EXHIBIT A - PRIOR ORDERS TO SHOW CAUSE RE SANCTIONS OR FOR LACK OF PROSECUTION** |

The following is a list of Orders to Show Cause re sanctions or lack of prosecution identified in cases filed by Gerald D. Lane, Jr. in the Central District of California, prepared pursuant to the Court's Order dated July 15, 2026 (Dkt. No. 12). Dates marked "on or about" reflect the best information available from the docket at the time of this filing and remain subject to confirmation. I have made a good-faith effort to identify and accurately describe each responsive matter; however, it's possible that this search did not capture every instance, and

I will supplement this declaration promptly if I become aware of any additional responsive matter not reflected in this Exhibit.

1. *Robert Shelton v. Hatchitt Tax Club Inc.*, Case No. 5:24-cv-02044 -- Order to Show Cause ("OSC") re Dismissal for Lack of Prosecution, issued February 12, 2025. 90 days had passed with no proof of service ("ROS"). Defendant did not appear. Dismissed without prejudice.

2. *Arad Firouzkouhi v. Gold's Gym California, LLC*, Case No. 2:24-cv-08540 --Order to Show Cause re: Dismissal for Lack of Prosecution, issued November 21, 2024. Response filed. Discharged. This case included a second Order to Show Cause against a cross-defendant, which was not attributable to Plaintiff. Case resolved via Stipulation to Dismiss with Prejudice.

3. *Robin Savage v. Sally Beauty Supply LLC*, Case No. 8:24-cv-02702 -- Order to Show Cause re Failure to Diligently Prosecute, issued March 4, 2025. Defendant stipulated to an extension. Extension deadline had passed with no answer because the case was resolved. The Court dismissed the matter for failure to prosecute. Dismissal with Prejudice later filed.

4. *Allison Blank v. Caudalie USA, Inc.*, Case No. 5:25-cv-00016 -- Order to Show Cause Why Action Should Not Be Dismissed for Failure to

2

Exhibit A

Prosecute, issued April 21, 2025. 90 days had passed with no proof of service. Defendant filed an answer. Second Order to Show Cause because, although Defendant answered, no Proof of Service was filed. Proof of Service was filed. Case resolved and Stipulation of Dismissal filed.

5. *Morones v. United Freeway Transportation L.L.C.*, Case No. 5:25-cv-00068 -- Order to Show Cause re Dismissal for Lack of Prosecution, issued May 23, 2025. 90 days had passed with no proof of service. Dismissed without prejudice.

6. *Maurice Brian Smith v. GBNY Productions Inc.*, Case No. 2:25-cv-00557 -- Order to Show Cause, issued July 23, 2025. No answer was filed by defendant. Case resolved. Court dismissed for lack of prosecution. Dismissal with prejudice later filed.

7. *David Acevedo v. TLA Acquisition Corp.*, Case No. 2:25-cv-01606 -- Order to Show Cause, issued May 22, 2025. Defendant appeared but had not filed answer. Case resolved. Dismissals filed.

8. *Robin Savage v. Skinny Fit, LLC*, Case No. 8:25-cv-00376 -- Order to Show Cause re Dismissal for Lack of Prosecution, issued May 30, 2025. No answer filed because case resolved. Dismissed with prejudice.

9. *Andre Dennen v. Montway LLC*, Case No. 2:25-cv-01675 -- Order to Show Cause re: Dismissal for Lack of Prosecution, issued June 12, 2025. 90 days had passed with no proof of service. Defendant filed answer in response. Case resolved through Stipulation to Dismiss with Prejudice.

10. *Janet Han v. Proenza Schouler, LLC*, Case No. 2:25-cv-01623 -- Order to Show Cause re Lack of Prosecution, issued May 29, 2025. No appearance by defendant. Dismissed for lack of prosecution.

11. *Emily McBride v. Popilush, LLC*, Case No. 5:25-cv-00540 -- Order to Show Cause Why Action Should Not Be Dismissed for Failure to Prosecute, issued July 9, 2025. Service issues. 90 days no proof of service. Defendant served 2 days after OSC. ROS filed. OSC discharged. A second OSC issued for not moving for default after answer deadline. Default filed. OSC discharged. Notice of Settlement filed. Dismissed with prejudice.

12. *Jackson v. Nice Kicks, LLC*, Case No. 5:25-cv-00543 -- Order to Show Cause Why Action Should Not Be Dismissed for Failure to Prosecute, issued June 17, 2025. Dismissed for lack of prosecution. Case resolved.

13. *Justin Brewer et al. v. Pawp, Inc.*, Case No. 5:25-cv-00552 -- Order to Show Cause re Dismissal for Lack of Prosecution, issued June 10, 2025.

4

Exhibit A

90 days no proof of service. ROS filed. Default entered. Second OSC for no default final judgment. Dismissed without prejudice.

14. *Alejandro Gonzalez v. F21 Opco LLC*, Case No. 2:25-cv-01909 -- Order to Show Cause re: Dismissal for Lack of Prosecution, issued June 11, 2025. No proof of service within 90 days. Defendant was in bankruptcy. Dismissed for lack of prosecution.

15. *Diego Toscano v. Grenades, LLC*, Case No. 2:25-cv-02049 -- Order to Show Cause, issued May 22, 2025. No proof of service within 90 days. Unable to serve defendant company. Dismissed for lack of prosecution.

16. *Carlos Labra v. The Elliott Group Sales Training LLC*, Case No. 8:25-cv-00456 -- Order to Show Cause re Dismissal for Lack of Prosecution, issued June 26, 2025. No proof of service within 90 days because case was resolved. Dismissed with prejudice.

17. *Joel Corona v. Crutchfield Corporation*, Case No. 2:25-cv-02089 -- In Chambers Order to Show Cause re: Dismissal for Lack of Prosecution, issued June 11, 2025. No proof of service within 90 days because case was resolved. Dismissed with prejudice.

18. *Melissa Gillum v. Kosas Cosmetics, LLC*, Case No. 2:25-cv-02175 -- Order to Show Cause re Failure to Diligently Prosecute, issued August 9,

2025. No answer after waiver deadline because case had resolved. Dismissed with prejudice.

19. *Moises Vallejo v. R.J. Reynolds Tobacco Company*, Case No. 8:25-cv-00466 -- Order to Show Cause re Dismissal for Lack of Prosecution, issued June 13, 2025. Defendant had requested an extension. The case was resolved and the Court issued the OSC before the defendant's extension deadline had passed. Dismissed with prejudice.

20. *Rene Arias v. New York and Company Stores, Inc.*, Case No. 2:25-cv-02180 -- Order to Show Cause re: Dismissal for Lack of Prosecution, issued July 18, 2025. No proof of service within 90 days. Amended Complaint filed naming new defendant. Second Order to Show Cause issued July 18, 2025, after no service following the amendment. Response filed and summons requested. OSC discharged. Second Amended Complaint filed naming new defendant. Defendant served. Third Order to Show Cause issued October 30, 2025. Proof of service filed. OSC discharged. Fourth Order to Show Cause issued January 26, 2026, after defendant's answer deadline passed with no response, inviting a response or an application for entry of default. Case dismissed for failure to prosecute. Many issues with service for all defendants.

21. *Richards v. Breezy LA, LLC*, Case No. 2:25-cv-03145 -- Minutes of Order to Show Cause re: Dismissal for Lack of Prosecution, issued July 11, 2025. Service issues. No proof of service within 90 days. Defendant eventually served and ROS filed. Second OSC for no default after answer deadline. Request for default and Motion for Final Default Judgment filed. Dismissal without prejudice filed.

22. *Kummer v. Dresstalks Ltd.*, Case No. 2:25-cv-03347 -- Order to Show Cause re Dismissal for Lack of Prosecution as to Defendant Dresstalks LTD, issued September 22, 2025. No proof of service within 90 days. Proof of service filed. Second OSC for no default filed. Dismissed for lack of prosecution.

23. *Antonio Gonzales v. Southwest Credit Systems, L.P.*, Case No. 8:25-cv-00904 -- Order to Show Cause re Dismissal for Lack of Prosecution, issued July 15, 2025. No answer after waiver of service deadline. Defendant filed an answer the same day as OSC. OSC discharged. Stipulation of Dismissal with prejudice filed.

24. *Gonzales v. Southwest Credit Systems, L.P.*, Case No. 8:25-cv-00906 -- Order to Show Cause re Dismissal for Lack Prosecution, issued July 2, 2025. Same defendant and opposing counsel as the matter above. No

Exhibit A

answer after waiver of service deadline. Defendant filed an answer. Stipulation of Dismissal with prejudice filed.

25. *Andrew Davalos v. Ecommerce Innovations LLC*, Case No. 5:25-cv-01151 -- Order to Show Cause Why Action Should Not Be Dismissed for Failure to Prosecute, issued August 25, 2025. No proof of service within 90 days. Plaintiff filed response and ROS but did not file a motion for extension of time to serve; the Court imposed a $250 sanction against Plaintiff, which was vacated after the extension motion was filed. Dismissed without prejudice.

26. *Kaitlyn Zucchi v. Fixx Fitness*, Case No. 5:25-cv-01202 -- Order to Show Cause Why Action Should Not Be Dismissed for Failure to Prosecute, issued August 25, 2025. No proof of service within 90 days. Unable to serve the company. Dismissed for lack of prosecution.

27. *Ofek Gabai v. Tabs Labs LLC*, Case No. 2:25-cv-04630 -- Order to Show Cause (LOP), issued August 26, 2025. No proof of service within 90 days. Dismissed for lack of prosecution.

28. *Ellis v. Big Push Media LLC*, Case No. 5:25-cv-01266 -- Order to Show Cause re Dismissal for Lack of Prosecution, issued September 8, 2025. No

proof of service within 90 days. Unable to serve the company. Dismissed without prejudice.

29. *Merrill v. Gizmo Verse LLC*, Case No. 2:25-cv-04684 -- Order to Show Cause, issued on or about August 2025. No proof of service within 90 days. Defendant was served but the parties were discussing resolution. OSC discharged with an extended update deadline. Dismissed prior to updated deadline.

30. *Kandis Leal v. Ghetto Girlz Eat LLC*, Case No. 5:25-cv-01360 -- Order to Show Cause Why Action Should Not Be Dismissed for Failure to Prosecute, issued September 10, 2025. No proof of service within 90 days. Unable to serve defendant. Dismissed for lack of prosecution.

31. *Angel Moreno v. Red Letters Atlanta LLC*, Case No. 5:25-cv-01398 -- Order to Show Cause Why Action Should Not Be Dismissed for Failure to Prosecute, issued September 10, 2025. No proof of service within 90 days. OSC discharged. Dismissed without prejudice. Defendant later served but never appeared; default entered. Dismissed without prejudice.

32. *Ellis v. United States Faceters Guild*, Case No. 5:25-cv-01440 -- Order to Show Cause Why Action Should Not Be Dismissed for Failure to Prosecute, issued September 25, 2025. No proof of service within 90 days.

ROS and Response filed. OSC discharged. Second OSC because no default filed. OSC discharged. Third OSC for no motion for final default judgment. Dismissed without prejudice.

33. *Frank Davila v. Jib Financial, Inc.*, Case No. 2:25-cv-05685 -- Order to Show Cause re Failure to Diligently Prosecute, issued October 6, 2025. No ROS on amended defendant. Unable serve amended defendant. Dismissed without prejudice.

34. *William Martin v. The Gillette Company LLC*, Case No. 8:25-cv-01344 -- Order to Show Cause re Dismissal for Lack of Prosecution, issued September 30, 2025. No answer after defendant's stipulated deadline. Case was resolved. Dismissed with prejudice.

35. *Dawson Orion Graves v. SMCP USA Retail East Inc.*, Case No. 5:25-cv-01795 -- Order to Show Cause re Dismissal for Lack of Prosecution, issued October 30, 2025. No proof of service within 90 days. Case was already resolved. Dismissal with prejudice filed.

36. *Tabatha Braly v. DIFF LLC*, Case No. 2:25-cv-06625 -- Order to Show Cause re: Dismissal for Lack of Prosecution, issued October 21, 2025. No proof of service within 90 days. Case already resolved. Dismissed with prejudice.

Exhibit A

37. *Justin John v. Droppin HZ Car Audio LLC*, Case No. 5:25-cv-01909 -- Order to Show Cause re: Dismissal for Lack of Prosecution, issued November 4, 2025. No proof of service within 90 days. ROS and request for default filed. No motion for final default judgment filed. Dismissed for lack of prosecution.

38. *Robin Savage v. Luxemi LLC,* Case No. 8:25-cv-01625 -- Order Continuing Order to Show Cause re Dismissal for Lack of Prosecution, issued October 24, 2025. No proof of service within 90 days. ROS filed but no request for default because Plaintiff was attempting to re-serve. OSC continued. Notice of Settlement and Dismissal with prejudice filed.

39. *Isaiah Haskin v. PB The Goat Merch LLC*, Case No. 2:25-cv-06879 -- Order to Show Cause re Dismissal for Lack of Prosecution, issued January 27, 2026. No proof of service within 90 days. ROS & request for default filed. OSC discharged and default entered. Second OSC because no motion for final default judgment was filed. Dismissed for lack of prosecution.

40. *Kederra Watler v. Arizona Beverages USA LLC*, Case No. 2:25-cv-06885 -- Order to Show Cause re: Dismissal for Lack of Prosecution, issued November 20, 2025. Defendant served, no answer after deadline.

Defendant filed a stipulation to extend filed a week. Defendant answered. Stipulation to Dismiss with Prejudice.

41. *Mackenzie Elmore v. Lily Harper International Inc.*, Case No. 8:25-cv-01647 -- Order to Show Cause re Dismissal for Lack of Prosecution, issued November 10, 2025. No proof of service within 90 days because case was resolved. Dismissed with prejudice.

42. *Irma Zuniga v. Profusion Cosmetics Corp.*, Case No. 2:25-cv-07160 -- Order to Show Cause re Service of Process on Defendant Profusion Cosmetics Corp., issued November 18, 2025. No proof of service within 90 days because case was initially resolved. ROS & response filed. OSC discharged. Did not follow through with resolution. Plaintiff dismissed federal case and filed a breach of contract action in state court.

43. *Bridget Botto v. World Salsa Festival LLC*, Case No. 2:25-cv-07203 -- Order to Show Cause Regarding Dismissal for Lack of Prosecution, issued December 22, 2025. Court order Pro se defendant to appear with counsel. Plaintiff did not file a motion to strike answer and for entry of default after deadline passed. Motion to strike filed and default entered. Dismissed without prejudice.

Exhibit A

44. *Garet Palmer v. MS E-Commerce Ventures Inc.*, Case No. 2:25-cv-07424 -- Order to Show Cause re: Dismissal for Lack of Prosecution, issued November 17, 2025. No proof of service within 90 days. ROS and response filed. Second OSC for failure to file request for default. ROS filed and default entered. Dismissed without prejudice.

45. *Park v. Megafit Meals LLC*, Case No. 2:25-cv-07431 -- Order to Show Cause re Failure to Diligently Prosecute, issued March 17, 2026. No proof of service within 90 days. POS and request for default filed. Dismissed without prejudice.

46. *Rodriguez v. UV International Traders, Inc.*, Case No. 2:25-cv-07473 -- Order to Show Cause re Failure to Diligently Prosecute, issued March 17, 2026. No proof of service within 90 days. Dismissed without prejudice.

47. *Bianca Johnston v. Forma Brands LLC*, Case No. 5:25-cv-02162 -- Order to Show Cause re Dismissal for Lack of Prosecution, issued November 6, 2025. No answer after waiver deadline because the case was resolved. Dismissed with prejudice.

48. *Kayla Coulter v. WeWoreWhat LLC*, Case No. 2:25-cv-07759 -- Order to Show Cause re Dismissal for Lack of Prosecution, issued November 24, 2025. No proof of service within 90 days. ROS filed. Second OSC issued

Exhibit A

the same day the ROS was filed. Request for default was filed and default entered. Third OSC for not filing a motion for default final judgment. However, the case was resolved awaiting execution. NOS filed.

49. *Artine Khachatourians v. Dime Beauty Co. LLC*, Case No. 2:25-cv-07979 -- Order to Show Cause re Dismissal for Lack of Prosecution, issued December 1, 2025. No proof of service within 90 days because case was resolved. Dismissed with prejudice.

50. *Morgan Seftel v. Lickndip LLC*, Case No. 2:25-cv-07975 -- Minutes [In Chambers] Order To Show Cause Re: Dismissal for Lack of Prosecution, issued December 8, 2025. No proof of service within 90 days. Unable to serve defendant. Dismissed without prejudice.

51. *Hunsucker v. White Knight Pest Control Inc.,* Case No. 5:25-cv-02225 -- Minute Order Order to Show Cause re Dismissal for Lack of Prosecution, issued December 9, 2025. No proof of service within 90 days. Unable to serve defendant. Dismissed without prejudice.

52. *Davalos v. OAM Solutions*, Case No. 5:25-cv-02301 -- Order to Show Cause, issued October 28, 2025 Defendant filed for an extension, but no proof of service was on file. Second OSC because the ROS was still not

on filed. Plaintiff filed ROS. OSC discharged. NOS and dismissal with prejudice filed.

53. *Andrew Davalos et al. v. Dango Products LLC*, Case No. 5:25-cv-02332 -- Order to Show Cause, issued December 18, 2025. No proof of service within 90 days. Responded and requested an extension of time to serve. OSC discharged. Case resolved and dismissed with prejudice.

54. *Lauren Fisher v. Akuranvyka USA Inc.*, Case No. 8:25-cv-02111 -- Order to Show Cause re Dismissal for Lack of Prosecution, issued December 23, 2025. No proof of service within 90 days. ROS filed OSC discharged. Second OSC for no default request. Default request filed but there was a deficiency. Third OSC for no default request. Default requested. Default entered. Motion for final default judgment filed. Dismissed without prejudice.

55. *David Hazani v. CWD Alliance LLC et al.*, Case No. 2:25-cv-08605 -- Order to Show Cause re Dismissal for Lack of Prosecution as to CWD Alliance LLC, issued December 29, 2025. No proof of service within 90 days. ROS filed. Second OSC for no default request filed. Default and motion for final default judgment filed. Dismissed without prejudice.

15

Exhibit A

56. *Alicia Tremaine v. Sonic Industries Services LLC*, Case No. 8:25-cv-02075 -- Order to Show Cause re: Dismissal for Lack of Prosecution, issued on or about December 17, 2025. No proof of service within 90 days because case was resolved. Dismissed with prejudice.

57. *Bianca Johnston v. Alex Camille LLC*, Case No. 5:25-cv-02499 -- Order to Show Cause re Failure to Diligently Prosecute, issued April 13, 2026. No proof of service within 90 days because case was resolved. Case dismissed.

58. *Kededra Walter v. Victoria A LLC*, Case No. 2:25-cv-08737 -- Order To Show Cause Re: Dismissal for Lack of Prosecution, issued January 5, 2026. No proof of service within 90 days. ROS and request for default filed. OSC discharged. Default entered. OSC for no motion for final default judgment filed. Dismissal without prejudice.

59. *Manuel Q. Juarez v. Readywise, Inc.*, Case No. 2:25-cv-08726 -- Order to Show Cause re Dismissal for Lack of Prosecution, issued January 16, 2026. No proof of service within 90 days. Case resolved. Dismissed with prejudice.

60. *Mitika Grays v. Cultures Closet*, Case No. 5:25-cv-02413 -- Order to Show Cause re Dismissal for Lack of Prosecution, issued December 19,

Exhibit A

2025. No proof of service within 90 days. POS and response filed. Second OSC because no request for default filed. Default entered. No motion for final default judgment filed. Court dismissed with prejudice.

61. *Trevion Sherman v. Halftees LLC*, Case No. 5:25-cv-02418 -- Order to Show Cause re Failure to Diligently Prosecute, issued April 13, 2026. No proof of service within 90 days because case was resolved. Dismissed.

62. *Bianca Johnston et al. v. Slashop Inc.*, Case No. 5:25-cv-02449 -- Order to Show Cause re Dismissal for Lack of Prosecution, issued January 7, 2026. No proof of service within 90 days. No appearance from defendant. Dismissed without prejudice.

63. *Coronel v. Cali Autoauction Pomona*, Case No. 2:25-cv-08818 -- Minutes of Order to Show Cause re: Dismissal for Lack of Prosecution, issued December 19, 2025. No proof of service within 90 days. ROS and response filed. Second OSC for no request for default. Dismissed without prejudice.

64. *Bridget Botto v. Out Peak Services Inc.*, Case No. 2:25-cv-09021 -- Order to Show Cause, issued January 8, 2026. No proof of service within 90 days. POS and Response filed. OSC discharged. Default requested and entered. Dismissed without prejudice.

65. *Johnston v. Sneaker Politics LLC*, Case No. 5:25-cv-02488 -- Order to Show Cause re Dismissal for Lack of Prosecution, issued January 13, 2026. No proof of service within 90 days. No appearance by defendant. Court dismissed for lack of prosecution.

66. *Bridget Botto v. Curvy Sense, Inc.*, Case No. 2:25-cv-09123 -- Order to Show Cause Why the Court Should Not Dismiss Action for Lack of Prosecution, issued March 13, 2026. No proof of service within 90 days because case was resolved. Dismissed with prejudice.

67. *Tu v. Brand Lab Media Inc.*, Case No. 2:25-cv-09098 -- Order to Show Cause re: Dismissal for Lack of Prosecution, issued February 27, 2026. No proof of service within 90 days. Unable to serve company. Dismissed without prejudice.

68. *Adrian Herrera v. Nutrishop Corona*, Case No. 5:25-cv-02562 -- Order to Show Cause re Dismissal for Lack of Prosecution, issued January 12, 2026. No proof of service within 90 days because case was resolved. Court dismissed for lack of prosecution.

69. *Amanda Witherspoon v. One Stop Beauty Med Spa*, Case No. 2:25-cv-09282 -- Order to Show Cause for Lack of Prosecution, issued February 6, 2026. No proof of service within 90 days. Response and ROS filed.

Exhibit A

Second OSC for no request for default. Issues with ROS. Fixed ROS filed. No answer after defendant's deadline. Court dismissed for lack of prosecution.

70. *Bianca Johnston v. Frontier Cooperative*, Case No. 5:25-cv-02574 -- Order to Show Cause, issued January 22, 2026. No proof of service within 90 days because case was resolved. Dismissal filed.

71. *Cameron Carr v. Corvive LLC*, Case No. 2:25-cv-09386 -- Order to Show Cause re Dismissal for Lack of Prosecution, issued January 8, 2026. No proof of service within 90 days because case was resolved. Dismissal with prejudice.

72. *Alec Geosimonian v. RJ Distribution Inc.*, Case No. 2:25-cv-09573 -- Order to Show Cause, issued January 22, 2026. Issued for not filing motion for default judgment after default; matter actively litigated. OSC Discharged.

73. *Hagop Berberian v. Poponsmiles, LLC*, Case No. 2:25-cv-09731 -- Order to Show Cause re: Dismissal for Lack of Prosecution, issued June 12, 2026. No proof of service within 90 days. Filed response and request for extension of time to serve. Case is open and moving forward.

Exhibit A

74. *Ariel Shakeri v. Modern Ventures, LLC*, Case No. 8:25-cv-02306 -- Order to Show Cause RE SANCTIONS, issued December 3, 2025. Plaintiff did not timely filed proof of service. POS filed. OSC discharged. NOS filed and dismissal with prejudice.

75. *Cristina Molina v. Johnny Slicks, Inc.*, Case No. 8:25-cv-02305 -- Order to Show Cause re Dismissal for Lack of Prosecution as to Johnny Slicks, Inc., issued January 15, 2026. No proof of service within 90 days. Filed response and extension of time to serve. NOS filed. Dismissal with prejudice.

76. *Bridget Botto v. Michael Aram Retail LLC*, Case No. 5:25-cv-02712 -- Order to Show Cause re Dismissal for Lack of Prosecution, issued January 28, 2026. No proof of service within 90 days because case was resolved. Dismissal with prejudice.

77. *Jonathan Tu v. Live Stream Technology Services Inc.*, Case No. 2:25-cv-09869 -- Order to Show Cause re Dismissal for Lack of Prosecution, issued January 16, 2026. No proof of service within 90 days. Response filed, summons was never issued. ROS filed. Second OSC because no default filed after answer deadline. Service issue. New ROS filed. Dismissed without prejudice.

Exhibit A

78. *Erik Barragan v. Illuzienz Barbershop Inc.*, Case No. 5:25-cv-02794 -- Minutes (In Chambers) Order to Show Cause Why Action Should Not Be Dismissed for Failure to Prosecute, issued March 3, 2026. No proof of service within 90 days. Summons was never issued. Response filed. OSC discharged. ROS filed. Second OSC because no default after answer deadline. Response and default entered. OSC discharged. Third OSC 14 days later for not moving for final default judgment. In response Plaintiff filed Motion for Leave to File First Amended Complaint to correct the defendant. OSC discharged. Amended defendant eventually served and appeared. Case dismissed.

79. *Jonathan Tu v. Chain Trends Co LLC*, Case No. 2:25-cv-10125 -- Order to Show Cause re Service, issued June 2, 2026. No proof of service within 90 days. Unable to serve defendant. Dismissed without prejudice.

80. *Badoui v. United Business Solutions Inc.*, Case No. 2:25-cv-10230 -- Order to Show Cause re Dismissal for Lack of Prosecution issued May 28, 2026. No proof of service within 90 days. POS filed and default entered. Dismissed without prejudice.

81. *Hageman v. NVS Auto Sales & Leasing*, Case No. 5:25-cv-02822 -- Order to Show Cause Why Action Should Not Be Dismissed for Failure to

Prosecute, issued February 5, 2026 (second OSC March 30, 2026). Multiple defendants. One OSC for no proof of service. Another OSC for not filing default final judgment. Dismissals without prejudice filed as to both defendants.

82. *Moreno v. Stacy Lashes Nail and Spa*, Case No. 2:25-cv-10235 -- Order to Show Cause re: Dismissal for Lack of Prosecution, issued January 27, 2026. No proof of service within 90 days. Defendant did not appear. Dismissed for lack of prosecution.

83. *Carson Quigley v. Casely, Inc.*, Case No. 8:25-cv-02424 -- Order to Show Cause re Dismissal for Lack of Prosecution, issued on or about December 2025. Defendant filed stipulation; no answer after case resolution. Dismissed for lack of prosecution.

84. *Kirstie Blaire v. Gloskn LLC*, Case No. 2:25-cv-10337 -- Order to Show Cause re Dismissal for Lack of Prosecution, issued January 5, 2026. No answer filed after answer deadline. Response and default requested. Motion for final default judgment granted.

85. *Darrion Alexander v. Elite Legal Practice PC*, Case No. 5:25-cv-02874 -- Order to Show Cause Why Action Should Not Be Dismissed for Failure to Prosecute, issued December 3, 2025. No answer after answer deadline.

Exhibit A

Defendant filed extension; defendant answered. Stipulation of Dismissal with prejudice filed.

86. *Gonzalez v. Flock Foods LLC*, Case No. 2:25-cv-11042 -- Order to Show Cause re Dismissal for Lack of Prosecution as to Flock Foods LLC, issued December 30, 2025. No answer after answer deadline. OSC issued the day after defendant's answer deadline passed. Case resolved. Dismissal with prejudice.

87. *Johnson v. PTO Integrated Inc.*, Case No. 8:25-cv-02588 -- Order to Show Cause re Dismissal for Lack of Prosecution, issued March 17, 2026. No proof of service within 90 days. POS and response filed. Second OSC to file default. Default filed but there was a deficiency. Third OSC to file default. Default entered. Dismissal without prejudice.

88. *Bianca Johnston v. Bur Bur Care LLC*, Case No. 5:25-cv-03122 -- Order to Show Cause Why Action Should Not Be Dismissed for Failure to Prosecute, issued January 20, 2026. No answer after answer deadline. Dismissed for lack of prosecution the same day as the OSC.

89. *Diego Toscano v. Rare Carat Inc.*, Case No. 2:25-cv-11186 -- Order to Show Cause re Dismissal for Lack of Prosecution, issued January 21,

2026. No answer filed because case was resolved. Dismissed with prejudice.

90. *Stephanie Mathis v. Good American LLC*, Case No. 2:25-cv-11187 -- Order To Show Cause Re: Dismissal for Lack of Prosecution, issued March 5, 2026. No proof of service within 90 days because case already resolved. Dismissed without prejudice.

91. *Fallon Washington v. Lights Lacquer LLC*, Case No. 2:25-cv-11200 – Order To Show Cause Re: Dismissal for Lack of Prosecution, issued January 8, 2026. No proof of service within 90 days because case already resolved. Dismissed with prejudice.

92. *Bianca Johnston v. Tracksmith Corporation*, Case No. 5:25-cv-03215 -- Order to Show Cause, issued January 22, 2026. Defendant filed stipulation to extend but a proof of service was not filed. ROS filed. OSC discharged.

93. *Johnston v. Lucky Color, Inc. d/b/a Trestique Inc.*, Case No. 5:25-cv-03259 -- Order to Show Cause Why Action Should Not Be Dismissed for Failure to Prosecute, issued January 26, 2026. No answer after answer deadline. NOS filed. Dismissed with prejudice.

Exhibit A

94. *Christian Collao v. Springboard Nonprofit Consumer Credit Management, Inc. et al.*, Case No. 8:25-cv-02780 -- Order to Show Cause re Dismissal for Lack of Prosecution, issued March 27, 2026. No answer after answer deadline. Defendant did not appear. Dismissed for lack of prosecution.

95. *Davalos v. SFT2 Tactical LLC*, Case No. 5:25-cv-03411 -- Order to Show Cause, issued March 27, 2026.  No proof of service within 90 days. ROS filed. Second OSC issued same day for not filing a default. Default requested and entered. Second OSC for not filing motion for final default judgment. Dismissal without prejudice.

96. *Manuel Q. Juarez v. Ashley Global Retail LLC*, Case No. 2:25-cv-12370 -- Order to Show Cause re: Dismissal for Lack of Prosecution, issued April 15, 2026. No proof of service within 90 days. ROS filed. Second OSC issued same day for not moving for default. Default requested. Case resolved. Dismissal with prejudice.

97. *Madrid v. Firstsource Advantage LLC*, Case No. 5:26-cv-00037 -- Order to Show Cause Why Action Should Not Be Dismissed for Failure to Prosecute, issued April 10, 2026. No proof of service within 90 days. Notice of Settlement filed. Dismissed with prejudice.

98. *Brooks v. Beachside Media Inc.*, Case No. 8:26-cv-00047 -- Order to Show Cause re Dismissal for Lack of Prosecution, issued March 17, 2026. No proof of service within 90 days. Defendant did not appear. Dismissed for lack of prosecution.

99. *Johnston v. Albee Baby Carriage Co. Inc.*, Case No. 5:26-cv-00051 -- Order to Show Cause Why Action Should Not Be Dismissed for Failure to Prosecute, issued March 26, 2026. Defendant filed stipulation to extend. No answer after stipulated deadline because the case resolved. Dismissal filed.

100. *Johnston v. Naked Cashmere Bleecker LLC d/b/a Naked Cashmere*, Case No. 5:26-cv-00061 -- Order to Show Cause, issued March 18, 2026. No proof of service within 90 days. OSC discharged. Notice of Settlement filed. Dismissal with prejudice filed.

101. *Washington v. TWNSKN LLC*, Case No. 2:26-cv-00223 -- Order to Show Cause re Dismissal for Lack of Prosecution, issued April 21, 2026. ROS filed. OSC issued same day. Dismissal without prejudice.

102. *Dominguez v. Sunrise Credit Services, Inc.*, Case No. 2:26-cv-00411 -- Order To Show Cause Re: Dismissal for Lack of Prosecution, issued April 17, 2026. No proof of service within 90 days. ROS and

response filed. OSC discharged. Second OSC because no default filed. Dismissal without prejudice.

103.    *Bridget Botto v. Kidstrong Inc.*, Case No. 2:26-cv-00472 -- Order to Show Cause re: Dismissal for Lack of Prosecution, issued April 17, 2026. No proof of service within 90 days. Issues serving defendant. Dismissal without prejudice.

104.    *Robin Savage v. 32-Degrees Inc.*, Case No. 8:26-cv-00122 -- Order to Show Cause re Dismissal for Lack of Prosecution, issued April 8, 2026. No answer after answer deadline. Request for default and default entered. Dismissal without prejudice.

105.    *Shogren v. Equifax Information Services LLC et al.*, Case No. 2:26-cv-00485 -- Order to Show Cause re: Dismissal for Lack of Prosecution, issued March 9, 2026. The deadline for one of the defendants to respond had passed. Stipulation of extension of time and answer filed for one defendant. Notice of Settlement and dismissal filed for the other defendant.

106.    *Fallon Washington v. Topix Pharmaceuticals Inc.*, Case No. 2:26-cv-00599 -- Order to Show Cause re: Dismissal for Lack of Prosecution, issued March 3, 2026. No answer after answer deadline. Defendant filed

Exhibit A

stipulation. Second OSC because there was no answer after the stipulated deadline. The case had already resolved.  Dismissal with prejudice.

107.    *Guillermo Prieto v. Kith Retail LLC*, Case No. 2:26-cv-00636 -- Order to Show Cause re Dismissal for Lack of Prosecution, issued April 30, 2026. No proof of service within 90 days. Request for extension of time to serve. Second OSC for lack of prosecution. ROS filed. Default requested and entered.

108.    *Jazayeri v. Halsted Financial Services, LLC*, Case No. 8:26-cv-00169 -- Order to Show Cause re Dismissal for Lack of Prosecution as to Halsted Financial Services, LLC, issued April 20, 2026. No answer after answer deadline. ROS and request for default filed. Case currently open and moving forward.

109.    *Matt Clark v. North Pole Post Office LLC*, Case No. 2:26-cv-00730 -- Order to Show Cause, issued March 4, 2026. No answer after answer deadline. Defendant appeared defendant appeared and stipulated. Defendant later answered and the parties stipulated to a dismissal with prejudice.

110.    *Stone v. Halsted Financial Services, LLC*, Case No. 8:26-cv-00207 -- Order to Show Cause re Dismissal for Lack of Prosecution, issued May

18, 2026. Stipulated answer deadline passed without answer. Defendant filed another extension and later answered. A Second OSC for no answer after stipulated deadline. Defendant filed answer same day. Third OSC for no 26(f) report but the case had resolved. Notice of Settlement filed.

111.     *Hasley v. QVR International LLC*, Case No. 5:26-cv-00444 -- Order to Show Cause Why Action Should Not Be Dismissed for Failure to Prosecute, issued March 5, 2026. No answer after answer deadline. Defendant did not appear. Dismissed for lack of prosecution.

112.     *Savage v. Asmita Aesthetics LLC*, Case No. 8:26-cv-00254 -- Order to Show Cause Re Dismissal for Lack of Prosecution, issued May 27, 2026. No proof of service within 90 days. Unable to serve defendant. Dismissed without prejudice.

113.     *Flesher v. Jenny Yoo Collection, Inc.*, Case No. 5:26-cv-00495 -- Order to Show Cause, issued May 6, 2026. No proof of service within 90 days. ROS, response, and request for default filed. OSC discharged. Notice of Settlement filed. Dismissal with prejudice filed.

114.     *Johnston v. EM Organics LLC*, Case No. 5:26-cv-00489 -- Order to Show Cause re Dismissal for Lack of Prosecution, issued April 15, 2026.

No answer after answer deadline. Notice of Settlement filed. OSC Discharged. Dismissal with prejudice filed.

115. *Bridget Botto v. Revzilla Motorsports LLC*, Case No. 2:26-cv-01207 -- Order to Show Cause re Service of Process, issued May 18, 2026. No proof of service within 90 days. Proof of service filed. OSC vacated.

116. *Robin Savage v. Remedy Meds LLC*, Case No. 8:26-cv-00282 -- Order to Show Cause re Dismissal for Lack of Prosecution, issued May 14, 2026. No proof of service within 90 days. ROS filed. Default requested and entered. Defendant moved to set aside default. Set aside granted. Notice of Voluntary Dismissal with prejudice filed.

117. *Manuel Q. Juarez v. Kellwood Company, LLC*, Case No. 2:26-cv-01365 -- Order to Show Cause re Lack of Prosecution, issued April 2, 2026. No answer after answer deadline. Defendant filed stipulation to extend time. OSC discharged. Notice of Settlement filed.

118. *Patricia Ortega v. Hello Hazel Inc.*, Case No. 8:26-cv-00312 -- Order to Show Cause re Dismissal for Lack of Prosecution, issued on or about April 2026. No proof of service within 90 days. No appearance from defendant. Dismissed without prejudice.

119.    *Matt Clark v. Kushagram*, Case No. 2:26-cv-01467 -- Order to Show Cause re Lack of Prosecution, issued March 16, 2026. No answer after answer deadline. Default entered. Dismissal without prejudice filed.

120.    *Pamela Dale v. LM Hair Training Inc.*, Case No. 2:26-cv-01472 -- Order to Show Cause re Dismissal for Lack of Prosecution, issued May 26, 2026. No proof of service within 90 days. No appearance from defendant. Dismissed without prejudice.

121.    *Lowe v. Driver Protect Inc.*, Case No. 2:26-cv-01528 -- Order to Show Cause re: Dismissal for Lack of Prosecution, issued June 15, 2026. No proof of service within 90 days. No appearance from defendant. Dismissed without prejudice.

122.    *Ray Rangel v. Trip North America Inc.*, Case No. 2:26-cv-01616 -- Order to Show Cause, issued May 28, 2026. No answer after answer deadline because the case resolved. Notice of Settlement and Dismissal with Prejudice filed.

123.    *Alejandro Gonzalez v. Fariborz Rodef DDS, Inc.*, Case No. 2:26-cv-01785 -- Order to Show Cause (LOP), issued May 26, 2026. No proof of service within 90 days. No appearance from defendant. Dismissed for lack of prosecution.

124.     *Lambaren v. Anime Ape LLC*, Case No. 5:26-cv-00802 -- Minute Order in Chambers Order to Show Cause re Dismissal for Lack of Prosecution, issued June 2, 2026. No proof of service within 90 days. Default requested and entered. OSC Discharged. Dismissal without prejudice filed.

125.     *Byrd v. Trixie Cosmetics, LLC*, Case No. 5:26-cv-00818 -- Minute Order in Chambers Order to Show Cause re Dismissal for Lack of Prosecution, issued June 2, 2026. No proof of service within 90 days. Notice of Settlement filed.

126.     *Hawkins v. Laurel's Gate Inc. d/b/a Yaya & Co.*, Case No. 2:26-cv-01841 -- Order To Show Cause Re: Dismissal for Lack of Prosecution, issued May 29, 2026. No proof of service within 90 days. Request for default filed and entered.

127.     *Nicholas Archuleta v. Mythical Entertainment LLC*, Case No. 8:26-cv-00380 -- Order to Show Cause re Dismissal for Lack of Prosecution, issued June 1, 2026. No proof of service within 90 days. Defendant did not appear. Dismissed for lack of prosecution.

128.     *Spirer v. Shield Advisory Group LLC d/b/a Credit Banc*, Case No. 8:26-cv-00381 -- Order to Show Cause re Dismissal for Lack of

Exhibit A

Prosecution, issued June 1, 2026. No proof of service within 90 days. Defendant did not appear. Dismissed without prejudice.

129. *Manuel Q. Juarez v. JP Boden Services Inc.*, Case No. 2:26-cv-01958 -- Order to Show Cause re: Dismissal for Lack of Prosecution, issued May 29, 2026. No proof of service within 90 days. Requested extension of time to serve. Dismissed without prejudice.

130. *David Newfang v. Continental Credit Control, Inc.*, Case No. 2:26-cv-02294 -- Order to Show Cause re Dismissal for Lack of Prosecution, issued June 15, 2026. Defendant waived service, then filed extension. No answer after the extended deadline because the case was resolved. Notice of Settlement filed. Case dismissed.

131. *Ronald Burnette v. Trans Union LLC et al.*, Case No. 2:26-cv-02629 -- Order to Show Cause re: Dismissal for Lack of Prosecution, issued May 19, 2026. 2 defendants. NOS was filed for a defendant. The court issued an OSC because that defendant had not filed an answer. Both defendants are dismissed.

132. *Alejandro Gonzalez v. Vevor Store, LLC*, Case No. 2:26-cv-02702 -- Order to Show Cause, issued May 21, 2026. No answer after answer

Exhibit A

deadline because case was resolved. Notice of Settlement and Dismissal with prejudice filed.

133.    *Carlos Flores v. W. L. Gore and Associates, Inc.*, Case No. 2:26-cv-02679 -- Order to Show Cause re Dismissal for Lack of Prosecution as to W.L. Gore and Associates, Inc., issued June 2, 2026. No answer after answer deadline. The case resolved. Notice of Settlement filed.

134.    *Clark v. The CBE Group, Inc.*, Case No. 2:26-cv-02757 -- Order To Show Cause Re: Dismissal for Lack of Prosecution, issued April 23, 2026. No answer after answer deadline because case resolved. Notice of Settlement filed. Dismissed with prejudice.

135.    *Fernando Gonzalez v. Upward and Onward Inc.*, Case No. 5:26-cv-01389 -- Order to Show Cause Why Action Should Not Be Dismissed for Failure to Prosecute, issued May 28, 2026. No answer after answer deadline. Request for default filed and entered. A second OSC issued for not filing motion for default judgment. Dismissal without prejudice.

136.    *Henley v. Meal Prep Sunday's Menu LLC*, Case No. 8:26-cv-00697 -- Order to Show Cause re Dismissal for Lack of Prosecution, issued April 22, 2026. No answer after answer deadline. Default filed and entered. OSC discharged.

Exhibit A

137.     *Washington v. Listener Brands, Inc.*, Case No. 2:26-cv-03766 -- Order To Show Cause Re: Dismissal for Lack of Prosecution, issued May 14, 2026. No answer after answer deadline. Defendant did not appear. Dismissed without prejudice.

138.     *Byrd v. Juvia's Holdings LLC*, Case No. 5:26-cv-01813 -- Order to Show Cause Why Action Should Not Be Dismissed for Failure to Prosecute, issued May 26, 2026. No answer after answer deadline. Response and default request filed. Default entered; stipulation to set aside; amended complaint filed.

139.     *Lawrence Gordon v. Mars Health, Inc.*, Case No. 5:26-cv-01804 -- Order to Show Cause re Dismissal for Lack of Prosecution, issued June 15, 2026. No answer after answer deadline. Notice of Settlement filed. OSC discharged.

140.     *Manuel Juarez v. The Golf Warehouse LLC et al.*, Case No. 2:26-cv-03947 -- Order to Show Cause re Lack of Prosecution, issued July 15, 2026. The instant matter. Explained in the declaration.

141.     *Carlos Flores v. Eyecandy Eyewear, LLC*, Case No. 2:26-cv-04493 -- Minutes of Order to Show Cause Re: Dismissal for Lack of Prosecution, issued June 30, 2026. No answer after defendant's stipulated

35

Exhibit A

deadline because the case already resolved. Notice of Settlement filed. Dismissed with prejudice.

142.    *Darr v. Sweat Equity Group LLC*, Case No. 8:26-cv-01390 -- Order to Show Cause re Dismissal for Lack of Prosecution, issued July 9, 2026. No answer after answer deadline. Request for default filed and entered.

143.    *Darr V. Grey Bandit Llc*, 8:26-cv-01301 -- Order to Show Cause re Dismissal for Lack of Prosecution, issued July 20, 2026. No answer after answer deadline because the case was already resolved. Notice of Settlement filed.

144.    *Natalie Erickson v. Voss Events Inc.*, 2:26-cv-04531-FMO-RAO -- Order to Show Cause re Dismissal for Lack of Prosecution, issued July 20, 2026. Pending.

145.    *Glen Hong v. Craftd London Ltd.*, 8:26-cv-00758-JWH-JDE -- Order to Show Cause re Dismissal for Lack of Prosecution, issued July 20, 2026. Unable to serve defendant. Dismissal without prejudice filed.

Exhibit A